# UNITED STATES DISTRICT COURT

## Western District of Missouri

JUDGMENT IN A CIVIL CASE

Genise E Werner

    v.                                      Case Number - 09-4091-CV-C-NKL

Columbia Properties Ozarks, Ltd, et al.

**X**     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_     **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

- by verdict of June 30, 2010, on the claim of plaintiff for personal injury, the jurors, assessed percentages of fault as follows: Columbia Sussex Corporation and Columbia Properties Ozarks, Ltd 60% and plaintiff Genise Werner 40%. Jurors found the total amount of plaintiff's damages, disregarding any fault on the part of plaintiff, to be $234,000.
- by verdict of June 30, 2010, the jurors found that defendants are not liable for punitive damages.

ENTERED ON: July 1, 2010

July 1, 2010                                           Ann Thompson
Date                                                     Clerk of Court

                                                                     /s/ J Russel
                                                                     J Russel
                                                                     (By) Deputy Clerk